Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARCIE COOPERMAN, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

LEGEND MAKERS, LLC,

Defendant(s).

CASE NO. C18-1751 RAJ

ORDER OF DISMISSAL

THE COURT has been notified that the parties have reached a settlement of this case. The court accordingly DISMISSES the named Plaintiff's claims against Defendant with prejudice, and the putative class's claims against Defendant without prejudice. If the parties are unable to perfect their settlement, they may move to reopen this case within **60 days** of this order. All pending deadlines and filing requirements are hereby vacated.

DATED this 17th day of January, 2019.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge